AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>CHAD BARRETT JONES<br>DOB: xx/xx/xxxx<br><br>*Defendant(s)* | Case: 1:21-mj-00076<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/15/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) and (b) | Assault on a Federal Officer; |
| 18 U.S.C. § 231(a)(3) | Certain Acts During a Civil Disorder; |
| 18 U.S.C. § 1361 | Destruction of Government Property over $1,000; |
| 18 U.S.C. § 1512(c)(2) | Obstruction of Justice; |
| 18 U.S.C. § 1752(a)(1)-(4) and (b)(1) | Unlawful Entry on Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) and (F) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☐ Continued on the attached sheet.

*Complainant's signature*

JAVIER GONZALEZ, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/15/2021

*Judge's signature*

City and state: WASHINGTON, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*