UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | case no. 1:21-mj-00076 |
| | ) | |
| v. | ) | |
| | ) | |
| **CHAD BARRET JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Chad B. Jones, in the above-styled matter.

s/ Eugene Gorokhov
Eugene Gorokhov, Esq. (979785)
*Counsel for Chad B. Jones*
Burnham & Gorokhov, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 26th day of January, 2021, true and genuine copies of the foregoing Motion to Appear *Pro Hac Vice* on behalf of Defendant Chad Barrett Jones and following Declaration of John Nathaniel Miller were served via electronic mail by the Court's CM/ECF system, which will serve a copy on all counsel of record.

    Respectfully submitted,

    s/ Eugene Gorokhov
    Eugene Gorokhov, Esq. (979785)
    *Counsel for Chad B. Jones*
    Burnham & Gorokhov, PLLC
    1424 K Street NW, Suite 500
    Washington, D.C. 20005
    Tel: (202) 386-6920
    Fax: (202) 765-2173
    eugene@burnhamgorokhov.com