# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | )   case no. 1:21-mj-00076 |
| | ) |
| v. | ) |
| | ) |
| CHAD BARRET JONES, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR ADMISSION
## OF ATTORNEY JOHN NATHANIEL MILLER *PRO HAC VICE*

The Court has reviewed the Defendant's Motion for Admission of JOHN NATHANIEL MILLER *pro hac vice*. Upon consideration of that motion, the Court grants attorney JOHN NATHANIEL MILLER *pro hac vice* admission to this Court, in the above captioned matter.

IT IS SO ORDERED.

DATED: _January 28, 2021_____

_____
G. Michael Harvey
United States Magistrate Judge