AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00076 |
| CHAD BARRETT JONES | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/15/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHAD BARRETT JONES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (a) and (b) - Assault on a Federal Officer
18 U.S.C. § 231(a)(3)- Certain Acts During a Civil Disorder
18 U.S.C. § 1361 - Destruction of Government Property over $1,000
18 U.S.C. § 1512 (c)(2) - Obstruction of Justice
18 U.S.C. § 1752 (a)(1)-(4) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) and (F)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:  01/15/2021

Zia M. Faruqui
2021.01.15 16:51:36 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/15/21, and the person was arrested on *(date)* 1/16/21
at *(city and state)* Louisville, KY

Date: 1/16/21

*Arresting officer's signature*

SA Jared M. Wells
*Printed name and title*